**No. 11-6861. Ricardo Lamont Rusan, Petitioner v. United States.**

565 U.S. 1043, 132 S. Ct. 595, 181 L. Ed. 2d 437, 2011 U.S. LEXIS 8172.

November 14, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 11-6864. Miguel Ruiz, Petitioner v. United States.**

565 U.S. 1043, 132 S. Ct. 595, 181 L. Ed. 2d 437, 2011 U.S. LEXIS 8105.

November 14, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 429 Fed. Appx. 374.

**No. 11-6866. Shelton Harris, Petitioner v. United States.**

565 U.S. 1043, 132 S. Ct. 596, 181 L. Ed. 2d 437, 2011 U.S. LEXIS 8112.

November 14, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 435 Fed. Appx. 174.

**No. 11-6868. Jose Felix Delgadillo, Petitioner v. United States.**

565 U.S. 1043, 132 S. Ct. 596, 181 L. Ed. 2d 437, 2011 U.S. LEXIS 8233.

November 14, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 11-6871. Terrance Williams, Petitioner v. United States.**

565 U.S. 1043, 132 S. Ct. 596, 181 L. Ed. 2d 437, 2011 U.S. LEXIS 8236.

November 14, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 428 Fed. Appx. 134.

**No. 11-6874. Pedro Michael Goncalves, aka Mike Goncalves, Petitioner v. United States.**

565 U.S. 1043, 132 S. Ct. 596, 181 L. Ed. 2d 437, 2011 U.S. LEXIS 8217.

November 14, 2011. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

Same case below, 642 F.3d 245.

**No. 11-6875. Armando Garcia, Petitioner v. United States.**

565 U.S. 1043, 132 S. Ct. 596, 181 L. Ed. 2d 437, 2011 U.S. LEXIS 8255.

November 14, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 432 Fed. Appx. 365.